THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797         JS-6
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ARSEN ASRATIAN, et al.,<br><br>Defendants. | CASE NO. 2:14-cv-00780-WDK-E<br><br>ORDER GRANTING<br>STIPULATED JUDGMENT |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty-Two Thousand Five Hundred Dollars ($32,500.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc., and against Arsen Asratian, individually and d/b/a House Of Wings; and House of Wings, LLC d/b/a House Of Wings.

///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the

**STIPULATED JUDGMENT**
**CASE NO. 8:14-cv-00780-WDK-E**
Page 1

requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated: May 12, 2016

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

**STIPULATED JUDGMENT**
**CASE NO. 8:14-cv-00780-WDK-E**
Page 2